08/13/2004  15:11  9785213738                GLEASON LAW OFFICES,                    PAGE  02
08/13/04  11:15  FAX 617 248 7100      TESTA, HURWITZ&THIBEAULT                         ☒002

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA CHENEY,                )<br>                                                     )<br>         Plaintiff,                         )<br>                                                     )  CIVIL ACTION NO. 04-11627-RGS<br>v.                                               )<br>                                                     )<br>EMMAUS, INC.,                      )<br>                                                     )<br>         Defendants.                 )<br>                                                     ) | |

### ASSENTED TO MOTION TO EXTEND TIME
### TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant Emmaus, Inc. ("Emmaus"), hereby moves to extend the deadline in which the Defendant must respond to Plaintiff's Complaint. The parties have stipulated and agree that the Defendants may have an additional twenty (20) days, up to and including September 7, 2004 in which to answer, move and/or otherwise plead in response to the Complaint filed in this action. As grounds for this motion, Emmaus states:

1. Counsel for the parties have conferred regarding Defendant Emmaus' Motion to Extend Time to Respond to Plaintiff's Complaint and Plaintiff has assented to this Motion.

2. The Court's allowance of this joint motion should not cause any disruption to the Court's docket or prejudice to any party.

WHEREFORE, Defendant Emmaus respectfully requests that this Court extend the time in which Defendant must answer, move or otherwise respond to Plaintiff's Complaint to and including September 7, 2004.

PATRICIA CHENEY,
By her attorneys,

_____
Thomas J. Gleason, BBO # 547134
GLEASON LAW OFFICES, P.C.
163 Merrimack Street
Haverhill, MA  01830
(978) 521-4044

EMMAUS, INC.
By its attorneys,

_____
Mark D. Pomfret, BBO #561925
Christine B. Watts, BBO #647946
Maura M. Jakola, BBO #654695
Testa, Hurwitz & Thibeault, LLP
125 High Street, Oliver Street Tower
Boston, MA 02110
(617) 248-7000

Dated: August 13, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/by hand/by facsimile on 8/13/04.
_____

\9351\1.3106675_1