UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA CHENEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMMAUS, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-11627 RGS |

### NOTICE OF DISMISSAL

Plaintiff hereby gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(i), that Count II of Plaintiff's Complaint, a claim for violation of the Family and Medical Leave Act of 1993, asserted in the above-captioned action against Defendant Emmaus, Inc. is voluntarily dismissed with prejudice, and that Plaintiff is waiving all rights of appeal and agrees to bear her own costs and attorneys' fees with respect to this claim.

Respectfully Submitted,

ATTORNEY FOR PLAINTIFF,

Thomas J. Gleason, BBO# 547134
Gleason Law Offices, P.C.
163 Merrimack Street
Haverhill, Massachusetts 01830
(978) 521-4044

Dated: September 3, 2004

1114197v.1