UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PATRICIA CHENEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMMAUS, INC., )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 04-11627 RGS |

**PROPOSED ORDER**

Upon consideration of Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), it is hereby ORDERED that Count I of Plaintiff Patricia Cheney's Complaint, the claim for discrimination in violation of the Americans With Disabilities Act of 1990, is dismissed.

Dated: _____

Honorable Richard G. Stearns
United States District Court
District of Massachusetts

8559\4.3115062_1