# GLEASON LAW OFFICES

A PROFESSIONAL CORPORATION

163 MERRIMACK STREET

HAVERHILL, MA 01830

SCOTT F. GLEASON
THOMAS J. GLEASON*
SEAN P. GLEASON
MICHAEL G. FURLONG
WILLIAM P. BOLAND

TELEPHONE (978) 521-4044
FAX (978) 521-3738

ROBERT J. WHITE*
Of Counsel



May 3, 2001

Massachusetts Commission Against Discrimination
One Ashburton Place, Room 601
Boston, MA 02108

RE:   <u>Patricia Cheney vs. Emmaus, Inc</u>.
      00131264

Dear Sir/Madam:

Enclosed please find the Charge of Discrimination for filing in the above captioned matter.

Very truly yours,

Thomas J. Gleason

TJG/cfb
Enclosure

*ADMITTED TO PRACTICE IN MASSACHUSETTS AND NEW HAMPSHIRE