The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place, Boston, MA 02108

07-23-2001

Patricia Cheney
Po Box 21
Plaistow, NH 03865

RE: Patricia Cheney VS. Emmaus, Inc.
MCAD Docket No.: 01131264



**DENIAL OF FORMAL INVESTIGATION OF MCAD COMPLAINT**

Dear Ms. Cheney:

The Massachusetts Commission Against Discrimination is in receipt of the above referenced complaint. Pursuant to the Commission's regulations at 804 CMR 1.13, I am writing to inform you that the Commission has declined to authorize further review of your complaint.

The Commission has made this determination for the following reason(s):

[ ] The Commission lacks jurisdiction to review your claim.

[ ] The information provided contradicts an inference of discrimination.

[ ] The complaint was not filed within the six months Statute of Limitation.

[ ] The Commission has concluded that a formal investigation of the complaint would not serve the public interest.

[X] Other: _Complainant does not qualify as handicap person under meaning of 151B._

Please be advised that this letter shall act as authorization by the Commission for you to pursue a private civil action in Superior Court pursuant to G.L. c.151B, S9.

You have the right to appeal this Denial of Formal Investigation. If you wish to appeal, you must submit a written request for a preliminary hearing within 10 days of receipt of this notice. This request must be addressed to Abigail Soto-Colon, Compliance Officer, Massachusetts Commission Against Discrimination, One Ashburton Place, Room 601, Boston, MA 02108. You will be notified in writing of the scheduled date for the hearing.

Thank you for your attention to this matter.

Very truly yours,

_Burly Ward_

FORM: DENIAL.INV