The Commonwealth of Massachusetts
Commission Against Discrimination
One Ashburton Place
Boston, MA 02108

July 24, 2001

Emmaus, Inc.
Human Resource Department
P.O. Box 568
Haverhill, MA 01830



RE: Patricia Cheney V. Emmaus, Inc.
NO: 01131264  EEOC#: 16CA103060

Denial of Formal Investigation of MCAD Complaint

Dear Respondent:

Please be advised that the above-referenced Charge of Discrimination was recently filed with this Commission. I am writing to inform you that pursuant to the Commission's regulations at 804 CMR 1.13, the Commission has declined to authorize a formal investigation of this matter. Therefore, no action on your part is required in regards to the MCAD portion of the complaint. Complaint has been deferred to EEOC for investigation.

Attached for your records is a copy of the Charge of Discrimination, as well as a copy of the Commission's Denial of Formal Investigation form. Thank you for your attention to this matter.

Very truly yours,

Abigail Soto-Colon
Intake Supervisor

Encl.