# GLEASON LAW OFFICES

A PROFESSIONAL CORPORATION

163 MERRIMACK STREET

HAVERHILL, MA 01830

SCOTT F. GLEASON
THOMAS J. GLEASON*
SEAN P. GLEASON
WILLIAM P. BOLAND

TELEPHONE (978) 521-4044
FAX (978) 521-3738

ROBERT J. WHITE*
Of Counsel

December 23, 2002

Abrigail Soto-Colon
Massachusetts Commission Against Discrimination
One Ashburton Place
Boston, MA 02108

RE: **Patricia Cheney vs. Emmaus, Inc**
 **No.: 01131264**

Dear Ms. Soto-Colon:

Please be advised that I have called the EEOC and they informed me that they never received the above matter for investigation as you stated in your correspondence to me dated July 24, 2001.

Please advise as to status of this matter.

Thank you.

Very truly yours,

Thomas J. Gleason

TJG/cfb

*ADMITTED TO PRACTICE IN MASSACHUSETTS AND NEW HAMPSHIRE