# GLEASON LAW OFFICES

A PROFESSIONAL CORPORATION

163 MERRIMACK STREET

HAVERHILL, MA 01830

SCOTT F. GLEASON
THOMAS J. GLEASON*
SEAN P. GLEASON
WILLIAM P. BOLAND
MELISSA J. LEWANDOWSKI

TELEPHONE (978) 521-4044
FAX (978) 521-3738

ROBERT J. WHITE*
Of Counsel

*(handwritten: 10/29/03 Sent copy of NRTS)*

October 24, 2003

Rance O'Quinn, Supervisory Investigator
Linda Ingle, Investigator
EEOC, Boston Avenue Office
John F. Kennedy Federal Building
Government Center
Fourth Floor, Room 475
Boston, MA 02203

RE:     **Charge No:   16CA103060**
        **Cheney V. Emmaus, Inc**.

Dear Mr. O'Quinn and Mrs. Ingle

The petitioner, Patricia Cheney, hereby requests that you issue a Right To Sue Letter at your earliest convenience.

Thank you.

Very truly yours,

Thomas J. Gleason

TJG/mmn