08/31/2004 16:43    9785213738    GLEASON LAW OFFICES,    PAGE 03
Oct-29-03  00:34am  From-EEOC BOSTON AREA OFFICE    617-565-3196    T-302  P.001/004  F-192

# U.S. Equal Employment Opportunity Commission

Boston Area Office
John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA 02203-0208
Telephone (617) 565-3200
Facsimile (617) 565-3196

## TRANSMITTAL SHEET

Date: __10/29__    Time: _____

To: __Thomas Gleason Atty__

From: __Linda__

Facsimile Number: __978-521-3738__

Number of Pages, Including Transmittal Sheet: __4__

Comments: __NRTS already issued. See Attached__

The Original of this document will be sent by:

____ Ordinary Mail
____ Overnight
__X__ This will be the ONLY form of delivery

If you do not receive all of the pages, please call back as soon as possible, (617) __565-3205__

Sender: __Linda__

## IMPORTANT NOTICE

THE INFORMATION CONTAINED IN THIS FAX TRANSMISSION IS EEOC COMMUNICATION AND PRIVILEGED. IT IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE. IF YOU RECEIVE THIS COMMUNICATION AND ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT THE COPYING OR DISTRIBUTION OF THIS COMMUNICATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS.