# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PATRICIA CHENEY,              )<br>                              )<br>     Plaintiff,               )<br>                              )<br>     v.                       )<br>                              )<br>EMMAUS, INC.,                 )<br>                              )<br>     Defendant.               )<br>                              ) | CIVIL ACTION NO. 04-11627 RGS |

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

Pursuant to Local Rule 7.1(B)(3), Defendant Emmaus, Inc. ("Emmaus"), by its attorneys, Testa, Hurwitz & Thibeault, LLP, hereby respectfully requests that the Court grant leave to file the accompanying Reply Memorandum in Support of Defendant's Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (the "Reply Memorandum").

In support of its request, Emmaus states that the Reply Memorandum responds to a new argument raised in Plaintiff's Opposition brief, and Emmaus would like an opportunity to briefly address this argument. Emmaus further states that consideration of the accompanying short Reply Memorandum will assist the Court in deciding the issues raised in Defendant's Motion To Dismiss.

For the foregoing reasons, Defendant respectfully requests that its Motion for Leave to File a Reply Memorandum be allowed and that the Court grant such other and further relief as is just and proper.

- 2 -

                                             **Respectfully submitted,**

                                             **EMMAUS, INC.,**

                                             By its attorneys,

                                             /s Christine B. Watts
                                             Mark D. Pomfret, BBO #561925
                                             Christine B. Watts, BBO #647946
                                             Maura M. Jakola, BBO #654695
                                             Testa, Hurwitz & Thibeault, LLP
                                             125 High Street, Oliver Street Tower
                                             Boston, MA 02110
Dated:  October 1, 2004               (617) 248-7000