UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

PATRICIA CHENEY

    V.                                  CIVIL ACTION NO. 04-11627-RGS

EMMAUS, INC.

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                                                **OCTOBER 5, 2004**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON DEFENDANT'S MOTION TO DISMISS COUNT 1 OF THE COMPLAINT ENTERED ON THIS DATE,

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED (PLAINTIFF HAVING VOLUNTARILY WITHDRAWN COUNT II OF THE COMPLAINT).

CASE DISMISSED. SO ORDERED.

                                      RICHARD G. STEARNS
                                      UNITED STATES DISTRICT JUDGE

        BY:

                                    /s/ Mary H. Johnson
                                        Deputy Clerk